UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

|  |  |  |
|---|---|---|
| **ZEFCOM, LLC d/b/a/ TELISPIRE PCS,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:20-cv-00076-M |
| **Plaintiff,** | | |
| v. | | |
| **DBI NETWORKS, LLC d/b/a/ UFI AND TIMOTHY HENSON,** | | |
| **Defendants.** | | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The Plaintiff Zefcom, LLC d/b/a Telispire PCS ("Telispire") and the Defendants DBI Networks, LLC d/b/a UFI ("UFI") and Timothy "Chad" Henson ("Henson," and together with UFI, "Defendants"), hereby stipulate and agree that this case shall be dismissed, pursuant to FRCP 41(a)(1)(A)(ii), with prejudice and without costs.

Dated: April 15, 2021

ZEFCOM, LLC d/b/a TELISPIRE PCS

By its attorney,


*/s/ Thomas W. Key*
Thomas W. Key, Esq.
Texas Bar No. 00787829
Leonard, Key & Key, P.L.L.C.
P.O. Drawer 8385
900 Eighth St., Suite 320
Wichita Falls, TX 76307
Telephone: 940-322-5217
Facsimile: 940-322-3381
twkey@lkklawfirm.net

AFDOCS/23640181.1

DBI NETWORKS, LLC d/b/a UFI and TIMOTHY "CHAD" HENSON

By their attorney,

*/s/ Graham Blake*
W. Graham Blake
State Bar No. 24027154
Blake & Blake LLP
111 N. Houston Street
Fort Worth, TX 76102
Telephone:  817 440-4444
Facsimile:  817 877-1439
graham@blakelawfw.com

AFDOCS/23640181.1